UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

## KEITH BERNARD CORMIER

Plaintiff

-against-

## UNITED STATES ATTORNEYS OFFICE AKA USA

Defendant(s)
_____ X

NOTICE OF MOTION

_____CV_____( )

1:87 -CR-00628-DGT
1:87 -MJ-00927-UAD

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of __KEITH BERNARD CORMIER__, sworn to or affirmed __DECEMBER 27TH__, 20_20_ and upon the complaint herein, plaintiff will move this court, __JUDGE DAVID G TRAGER__, U.S.D.J., in room 118 S, United States Courthouse, Brooklyn, New York 11201, on the 16TH day of __JANUARY__, 20 _20_, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to Rule __48__ of the Federal Rules of Civil Procedure granting ___MOTION TO DISMISS WITH PREJUDICE. MOTION TO EXPUNGE. MOTION TO SEAL.___ CR-87-00628 AND MJ-87-00927

Dated: _12-27-2018_

Plaintiff Pro Se

_[signature]_

Signature
KEITH BERNARD CORMIER

Print Name
400 TATUM TERRACE BOX 2A
Address
STOCKBRIDGE , GA 30281

Phone # 404-731-3411

_[Notary seal and signature dated 12-27-18]_
JOHN FRANCIS SOKOL
Notary Public - State of Georgia
Rockdale County
My Commission Expires Dec 2, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

**KEITH BERNARD CORMIER**

        Plaintiff

    -against-

**UNITED STATES ATTORNEYS OFFICE AKA USA**

        Defendant(s)
----------------------------------------X

AFFIDAVIT/AFFIRMATION

_____CV_____( )

CR-87-00628 DGT-1
MJ-87-00927 UAD

STATE OF NEW YORK   )
COUNTY OF **KINGS**   ) ss.: **-0897**

I, **KEITH BERNARD CORMIER**, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, **KEITH BERNARD CORMIER**, am the plaintiff in the above entitled action, and respectfully move this court to issue an order **MOTION TO DISMISS WITH PREJUDICE , MOTION TO EXPUNGE.   MOTION TO SEAL.**

The reason why I am entitled to the relief I seek is the following

**I WAS INDICTED IN 1987 FOR BANK FRAUD, THEN PLEADED NOT GUILTY. MY CASE HAS BEEN OPEN WITH NO TRIAL OR DISPOSITION FOR (31 YEARS.) UNDER THE SPEEDY TRIAL ACT OF 1974, IT MANDATES THAT THE PERIOD OF DELAY IN ALL FEDERAL AND DISTRICT COURTS SHALL NOT EXCEED 100 DAYS.**

WHEREFOR, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this 27 day of DECEMBER 20 18

_____
Notary Public

JOHN FRANCIS SOKOL
Notary Public - State of Georgia
Rockdale County
My Commission Expires Dec 2, 2020

_____
Signature

**KEITH BERNARD CORMIER**
Print t Your Name
Plaintiff Pro Se

---

OR: I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-27-2018

Signature
Plaintiff Pro Se

12-27-18

JOHN FRANCIS SOKOL
Notary Public · State of Georgia
Rockdale County
My Commission Expires Dec 2, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————— X

**KEITH BERNARD CORMIER**

       Plaintiff,

  -against-

**UNITED STATES ATTORNEYS OFFICE
AKA USA**    Defendant(s)

———————————————————— X

Affirmation of Services

_____CV_____(  )

CR-87-00628 DGT-1
MJ-87-00928  UAD

I, __**KEITH BERNARD CORMIER**_____, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon __**UNITED STATES ATTORNEYS OFFICE-COURT-EDNY**_____

whose address is: __**271 CADMAN PLAZA EAST BROOKLYN, NEW YORK, 11201 ATT: AMY BUSA**__.

Dated: __12-27-2018__, New York

_____
Signature

**400 TATUM TERRACE BOX 2A**
Address

**STOCKBRIDGE , GA 30281**
City, State & Zip Code

**404-731-3411**
Telephone

JOHN FRANCIS SOKOL
Notary Public - State of Georgia
Rockdale County
My Commission Expires Dec 2, 2020

11-21-2018

EASTERN DISTRICT COURT-UNITTED STATES NY

MOTION TO CLOSE CASE # CR-87-628

KEITH B CORMIER

400 TATUM TERRACE

BOX 2-A

STOCKBRIDGE, GA 30281

RE: CASE NUMBER: CR-87-628

I AM FORMALLY REQUESTING THAT THE ABOVE CASE NUMBER AND FILE BE OFFICIALLY CLOSED. THE ATTORNEY GENERAL OFFICE AS I AM TOLD DID NOT CLOSE OUT THE CASE OFFICIALLY AND THUS THIS CASE HAS BEEN LISTED AS ACTIVE ON MY FBI FILE AND THE AUSA OFFICE SINCE 1987.

THANK YOU,

*[signature]*

KEITH CORMIER

404-731-3411-CELL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 21 2018  ★

BROOKLYN OFFICE

# CERTIFICATE OF SEARCH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

I, DOUGLAS C. PALMER, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT AFTER A DILIGENT SEARCH OF THE RECORDS IN THIS OFFICE I FIND *ONE Criminal case and One MJ Case* NUMBER **FOR** THE FOLLOWING -NAMED PERSON FROM 1ST DAY OF JANUARY 1 9 8 7 UP TO AND INCLUDING THE 1 9 TH OF DAY OF NOVEMBER 18, 2018 with NAMELY,

```
            Keith B. Cormier
      Case Number: CR-87-638
         Case Number 87-MJ-0927
   We are unable to locate any documents
   pertaining to this case besides the
         attachments to this form.
```

WITNESS MY OFFICIAL SIGNATURE AND THE SEAL OF SAID COURT, AT BROOKLYN, N.Y. ON THIS   19TH   DAY OF   NOVEMBER, 2018.

CLERK, UNITED STATES DISTRICT COURT

BY: _____
AUGUST MARZILIANO
OPERATIONS MANAGER

```
                                                   *** GRID H13 ***

FINAL COURTRAN   CRIMINAL DOCKENY-E(BROOKLYN) 09/08/92
CR-87-00628-01                                    CR-87-00628-01      PAGE 1
                  US-V-CORMIER
                      as of 09/04/92 at 4:58 AM
```

Judge: JUDGE COSTANTINO                        Case Filed: 09/17/87

                        Prior Magistrate Number: 87-0927M-01

Defendant:

01   CORMIER, KEITH BERNARD

   Dft ID: -6999

   Pending counts:
      DEFT. DID WILFULLY EXECUTE AND ATTEMPT A SCHEME
      AND ARTIFICE TO DEFRAUD THE FEDERAL AVIATION
      ADMINISTRATION EASTERN REGIONAL FEDERAL CREDIT
      UNION., 18:1344(A) AND 2 (1)
      DEFT. DID STEAL MONEY IN EXCESS OF ONE HUNDRED
      DOLLARS WHICH WAS IN POSSESSION F THE FEDERAL
      AVIATION ADMINISTRATION EASTERN REGIONAL FEDERAL
      CREDIT UNION., 18:2113(B) AND 2 (2)

   Offense Level (opening): FEL

   Complaints:
      Fld mag complaint 08/12/87 (18:1344 ATTEMPTED TO
      EXECUTE A SCHEME OR ARTIFICE TO DEFRAUD A
      FEDERALLY CHARTERED OR FEDERALLY INSURED
      FINANCIAL INSTITUTION, THE FAA EASTERN REGION
      FEDERAL CREDIT UNION TO OBTAIN MONEY OWNED BY
      OR UNDER THE CUSTODY OR CONTROL OF A FEDERALLY
      CHARTERED OR INSURED FINANCIAL INSTITUTION.
      (EM)).

   Defense Counsel:
      RAMSEUR, KENNETH E
      299 BROADWAY
      NY, NY  10007
      964-1070

   U S Attorneys:
      BELKIN, IRA
      (718) 330-7042

A TRUE COPY ATTEST
DATE October 15 20 18
DOUGLAS C. PALMER, CLERK
BY _____ DEPUTY CLERK

```
                                                    *** GRID I13 ***

FINAL COURTRAN    CRIMINAL DOCKENY-E(BROOKLYN) 09/08/92
                                                                      PAGE 2
CR-87-00628-01                                     CR-87-00628-01
                  US-V-CORMIER
                                PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| 08/12/87 | Case assigned to MAGISTRATE ROSS (Dkt'd 08/13/87).<br>Filed magistrate complaint (Dkt'd 08/13/87).<br>US Attorney BELKIN, IRA added to case (Dkt'd 08/13/87).<br>Arrest warrant issued (ARREST WARRANT ISSUED BY MAG. ROSS ON 8/12/87 a3:30PM(EM)) (Dkt'd 08/13/87). |
| 08/24/87 | Warrant of arrest executed by arrest on 08/24/87 (Dkt'd 08/25/87).<br>Defendant arrested (Dkt'd 08/25/87).<br>Defendant's first appearance (Dkt'd 08/25/87).<br>Filed disposition sheet on magistrate proceedings (DEFT ARRESTED ON 8/24/87 a11:00AM. DEFT ARRAIGNED ON 8/24/87 BEFORE JLC. AUSA JULIE COPELAND PRESENT. KENNETH RAMSEUR RETAINED AS COUNSEL FOR DEFT. DEFT RELEASED ON $20,000PRB. DEFT WAIVES PRELIMINARY HRG.(EM)) (Dkt'd 08/25/87).<br>Bail set at $20,000.00 (Dkt'd 08/25/87).<br>Bond (Dkt'd 08/25/87).<br>Appearance of attorney RAMSEUR, KENNETH E (Dkt'd 08/25/87). |
| 09/17/87 | - BEFORE MAG. CHREIN DATED 9/17/87, GRAND JURY PRESENTMENT OF INDICTMENT HANDED UP AND ORDERED FILED.   MAP (Dkt'd 09/21/87).<br>Filed indictment (ENTERED BY MAP.) (Dkt'd 09/21/87).<br>Case assigned to JUDGE COSTANTINO (Dkt'd 09/21/87).<br>US Attorney BELKIN, IRA added to case (Dkt'd 09/21/87). |
| 10/06/87 | - BEFORE ROSS,M . AUSA PETER BLL PRESENT. WAIVER OF INDICTMETN EXECUTED. DEFT PLEADS NOT GUILTY. STAT CONF - 10/21/87 a 9:30 .  BEFORE COSTANTINO. JN (Dkt'd 10/26/87). |
| 10/26/87 | Order of excludable delay began on 10/06/87 and ended on 10/21/87 (BY ROSS, M. DTD 10/6/87. JN) (Dkt'd 10/26/87).<br>Defendant enters plea of not guilty (Counts 1,2) (PLEAD ON 10/6/87. JN) (Dkt'd 10/26/87). |
| 01/19/88 | Calendar call held (BEFORE MAC ON 1/19/88 AT 11:00, CASE CALLED FOR STATUS HRG. ALL PRESENT. SILVERMAN-REPORTER. STATUS HRG. HELD AND ANOTHER ONE SCHEDULED FOR 2/3/88.  TV) (Dkt'd 01/28/88). |
| 02/03/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA L. CALDWELL & CR MAYANN PRESENT. DEFT APPEAR W/COUNSEL. STATUS CONF FOR DEFT HELD. FURTHER STATUS CONF SET FOR 2-11-88.) (Dkt'd 02/04/88). |
| 02/11/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA L. CALDWELL & CR M. PICOZZI PRESENT. DEFT APPEAR W/COUNSEL. |

```
                                                      *** GRID J13 ***

FINAL COURTRAN   CRIMINAL DOCKENY-E(BROOKLYN) 09/08/92
                                                                    PAGE 3
CR-87-00628-01                                     CR-87-00628-01
                 US-V-CORMIER
                          PROCEEDINGS
```

|  |  |
|---|---|
|  | STATUS CONF HEARING FOR DEFT HELD. FURTHER STATUS CONF SET FOR 2-25-88. DEFT WAIVES SPEED TRIAL FROM 2-11-88 TO 2-25-88.) (Dkt'd 02/16/88). |
| 02/25/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA L. CALDWELL & CR H. LEGENDRE PRESENT. DEFT APPEAR W/COUNSEL. STATUS CONF FOR DEFT. FURTHER STATUS CONF SET FOR 3-3-88 DEFT WAIVES SPEEDY TRIAL FROM 2-25-88 TO 3-3-88.) (Dkt'd 03/01/88). |
| 03/03/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA L. CALDWELL & CR SUE G. PRESENT. DEFT APPEAR WITH COUNSEL. STATUS CONF HEARING FOR DEFT HELD. FURTHER STATUS CONF SET FOR 3-10-88.) (Dkt'd 03/04/88). |
| 03/10/88 | Calendar call held (BEFORE JUDGE COSTANTINO, ON 3/10/88 AT 11:00 A.M. CASE CALLED FOR STATUS CONFERENCE. ALL PRESENT. SHAPIRO - REPORTER. STATUS CONFERNCE FOR DEFENDANT ADJOURNED TO 4/5/88.          SH) (Dkt'd 03/22/88). Status hearing set for 04/05/88 (Dkt'd 03/22/88). |
| 04/13/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA L. CALDWELL & S.SILVERMAN. DEFT APPEAR W/COUNSEL. STATUS CONF FOR DEFT HELD. FURTHER STATUS CONF SET FOR 4-20-88 TIME FROM 4-13-88 TO 4-20-88 EXCLUDABLE ON CONSENT OF ALL PTY'S.) (Dkt'd 04/14/88). |
| 04/29/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA D. DEVITA & CR MARY ANN S. DEFT APPEAR W/COUNSEL, STATUS CONF FOR DEFT HELD. FURTHER STATUS CONF SET FOR 5-16-88. DEFT WAIVES SPEEDY TRIAL FROM 4-29-88 TO 5-16-88.   LD) (Dkt'd 05/09/88). Order of excludable delay began on 04/29/88 and ended on 05/16/88 (LD) (Dkt'd 05/09/88). |
| 06/03/88 | Status hearing held (BEFORE COSTANTINO, J AUSA JOHN LAURO AND CR ED FINNERTY PRESENT. COUNSEL PRESENT W/O DEFT. STATUS CONF CONT TO 6/17/88.  JN) (Dkt'd 06/07/88). Order of excludable delay began on 06/03/88 and ended on 06/17/88 (BY COSTANTINO, J. DTD 6/3/88. JN) (Dkt'd 06/07/88). |
| 06/30/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA JACK WENIK & CR MARSHA DIAMOND PRESENT. FURTHER STATUS CONF SET FOR 7-19-88.) (Dkt'd 07/18/88). Order of excludable delay began on 06/30/88 and ended on 07/19/88 (BY MAC,J-ORDER OF EXCLUDABLE DELAY DTD 6-30-88, FILED. UNDER CODE (X)) (Dkt'd 07/18/88). |

```
FINAL COURTRAN   CRIMINAL DOCKENY-E(BROOKLYN) 09/08/92       *** GRID K13 ***
CR-87-00628-01                                                              PAGE 4
                 US-V-CORMIER                         CR-87-00628-01
                                PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| 07/19/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA KEVIN O'REAGAN & CR MARYANNE SCOGNOMILLO PRESENT. COUNSEL PRESENT W/O DEFT CORMIER. STATUS CONF HEARING FOR DEFT HELD. SPEEDY TRIAL INFO. ON DEFT. FURTHER STATUS CONF SET FOR 9-7-88.) (Dkt'd 07/20/88). Order of excludable delay began on 07/19/88 and ended on 09/07/88 (LD) (Dkt'd 07/20/88). |
| 07/21/88 | Order filed (BY MAC,J-ORDER OF EXCLUDABLE DELAY DTD 7-20-88, FILED.) (Dkt'd 07/22/88). |
| 07/22/88 | Order of excludable delay began on 07/19/88 and ended on 09/07/88 (LD) (Dkt'd 07/22/88). |
| 09/07/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA LESLIE CALDWELL & CR SHELLY SILVERMAN PRESENT. COUNSEL PRESENT W/O DEFT. STATUS CONF FOR DEFT HELD. FURTHER STATUS CONF SET FOR 9-21-88. LD) (Dkt'd 09/09/88). Order of excludable delay began on 09/01/88 and ended on 10/01/88 (BY MAC,J-ORDER OF EXCLUDABLE DELAY DTD 9-7-88, FILERD.) (Dkt'd 09/09/88). |
| 09/21/88 | Status hearing held (BEFORE COSTANTINO, J.   AUSA LESLIE CALDWELL AND CR MARYANN SCOGNOMILLO PRESENT.   STAT CONF SET FOR 9/28/88. JN) (Dkt'd 10/03/88). Order of excludable delay began on 09/21/88 and ended on 09/28/88 (BY COSTANTINO, J. DTD 9/21/88. JN) (Dkt'd 10/03/88). |
| 09/28/88 | Calendar call held (BEFORE COSTANTINO, J. AUSA LESLIE CALDWELL AND CR GENE RUDOLPH PRESENT. BENCH WARRANT ORDERED AS DEFT FAIL TO APPEAR. JN) (Dkt'd 10/03/88). |
| 10/14/88 | Calendar call held (BEFORE MAC,J-CASE CALLED. AUSA LESLIE CALDWELL & CR HENRI LEGENDRE PRESENT. DEFT APPEAR W/COUNSEL. REARRAIGMENT FOR DEFT ADJD TO 10-18-88. LD) (Dkt'd 10/17/88). |
| 10/18/88 | Calendar call held (BEFOREMAC,J-CASE CALLED. AUSA KIRBY HELLER & CR PERRY AURBACH PRESENT. COUNSEL PRESENT W/O DEFT. REARRAIGMNET FOR DEFT ADJD TO DATTE. DETERMINED BY PARTIES. DEFT COUNSEL ADVISE THE COURT THAT MR CORMIER IS PRESENTLY IN RIKERS ISLAND. COURT DIRECTS PARTIES TO ADVISE THE CLERK OF A DATE FOR THE PLEA.) (Dkt'd 10/19/88). |
| 10/31/88 | Warrant of arrest executed by arrest on 08/24/87 (Dkt'd 11/15/88). |

............................................................................

```
                                                          *** GRID L13 ***
FINAL COURTRAN   CRIMINAL DOCKENY-E(BROOKLYN) 09/08/92
                                                                      PAGE 5
CR-87-00628-01                                       CR-87-00628-01
                 US-V-CORMIER
                                PROCEEDINGS

     End of docket
```

## CERTIFICATE OF SEARCH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

I, <u>Douglas C. Palmer</u>, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT AFTER A DILIGENT SEARCH OF THE RECORDS IN THIS OFFICE I FIND *ONE Criminal case* from January 01, 1987 to November 20, 2018, against the following:

<u>Keith B. Cormier</u>

- <u>NYE1987RO2560 is not a case number used by the court, but is a number used by the U.S. Attorney's Office.</u>
- <u>Regarding Case Number CR-87-628: We are unable to locate any documents pertaining to this case.</u>
- <u>MJ-87-927 is a closed case. See the attachment.</u>
-

WITNESS MY OFFICIAL SIGNATURE AND THE SEAL OF SAID COURT
AT BROOKLYN, N.Y.
ON THIS 24th DAY OF October 2018

<u>Douglas C. Palmer</u>
CLERK, UNITED STATES DISTRICT COURT

BY: _____
Marc V. Brown
Administrative Manager

FEES: Waived

# CERTIFICATE OF SEARCH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

I, DOUGLAS C. PALMER, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT AFTER A DILIGENT SEARCH OF THE RECORDS IN THIS OFFICE I FIND **NO PENDING CRIMINAL NUMBER 1987R02560 FOR** THE FOLLOWING -NAMED PERSON FROM 1ST DAY OF JANUARY 1987 UP TO AND INCLUDING THE 19 TH OF DAY OF NOVEMBER 18, 2018 with NAMELY,

Keith B. Cormier

WITNESS MY OFFICIAL SIGNATURE AND THE SEAL OF SAID COURT, AT BROOKLYN, N.Y. ON THIS 19TH DAY OF NOVEMBER, 2018.

CLERK, UNITED STATES DISTRICT COURT

BY: AUGUST MARZILIANO
OPERATIONS MANAGER

12/28/2018

Fwd: Screen Shot

**From:** CASHFORDOCTOR <kcor981008@aol.com>
**To:** docwkcapital <docwkcapital@outlook.com>
**Subject:** Fwd: Screen Shot
**Date:** Mon, Dec 10, 2018 2:06 pm

-----Original Message-----
From: John_Kanellopoulos <John_Kanellopoulos@nyed.uscourts.gov>
To: kcor981008 <kcor981008@aol.com>
Sent: Mon, Dec 10, 2018 2:02 pm
Subject: Screen Shot

CLOSED

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CRIMINAL DOCKET FOR CASE #: 1:87-cr-00628-DGT-1**

Date Filed: 09/17/1987

Case title: USA v. Cormier
Magistrate judge case number: 1:87-mj-00927-UAD

Assigned to: Judge David G. Trager

**Defendant (1)**
**Keith Bernard Cormier**



John G. Kanellopoulos
Case Processing Clerk
Office: 631-712-6030 Ext. 6035
Fax: 631-712-6043