UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEITH CORMIER,

                              JUDGMENT
                              19-MC-12 (LDH)

                   Plaintiff,

       v.

UNITED STATES ATTORNEY'S OFFICE,

                   Defendant.
-------------------------------------------------------------X

       A Memorandum, Decision, and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 27, 2019, denying Plaintiff's motion to dismiss, seal, or expunge the cases against him without prejudice; it is

       ORDERED and ADJUDGED that Plaintiff's motion to dismiss, seal, or expunge the cases against him is denied without prejudice.

Dated: Brooklyn, New York                                Douglas C. Palmer
       September 30, 2019                                    Clerk of Court

                                                      by:    */s/ Jalitza Poveda*
                                                              Deputy Clerk